

FILED

01/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0036

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0036

NICHOLAS BOYD,

Petitioner,

v.

CAPTAIN JAMES ANDERSON,

Respondent.

FILED

JAN 2 9 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Nicholas Boyd has filed a Petition for a Writ of Habeas Corpus, citing to § 46-22-103, MCA, for want of bail. Boyd is currently incarcerated in the Gallatin County Detention Center.

Boyd indicates that he is being held in jail and that his bail is excessive. Boyd explains that he was arrested in the early morning on July 15, 2020, and that as of January 5, 2021, he has been incarcerated for 174 days. It appears that Boyd was charged with felony stalking, pursuant to § 45-5-220(3), MCA, on July 16, 2020, and with a probation violation under § 46-23-1012, MCA. In the Orders for Conditions of Bail for each proceeding, attached to the Petition, the Gallatin County Justice Court set bail at $50,000.

We secured a copy of the register of actions for his criminal case in the Gallatin County District Court. Boyd had an initial appearance on August 11, 2020, after the District Court granted leave for the State to file the charging documents on August 7, 2020. On August 11, 2020, the District Court issued an Order for Release, re-imposing the bail of $50,000, and setting supervision upon any release at the highest level of 4. Upon review of the docket and minute entries, there has been no motion filed, except for Boyd's pro se one, nor any hearing on bail reduction. Boyd's trial is set for February 11, 2021.

Although Boyd was arrested for a probation violation, it is not readily apparent whether a revocation proceeding pursuant to § 46-18-203, MCA, has been commenced.

One of two bail statutes may control here. *See* § 46-23-1015(5), MCA ("[t]he provisions of chapter 9 of this title regarding release on bail of a person charged with a crime do not apply to a probationer ordered to be held in a county detention center or other facility under this section.") and § 46-18-203(3), MCA ("[t]he provisions pertaining to bail, as set forth in Title 46, chapter 9, are applicable to persons arrested pursuant to this section."). Accordingly,

IT IS ORDERED that the Attorney General or the Gallatin County Attorney's Office is GRANTED **seven** days from the date of this Order (by close of business day on Friday, February 5, 2021) in which to prepare, file, and serve a written response concerning the propriety of Boyd's detention in light of his revocation status and his request for a bail reduction hearing.

The Clerk is directed to provide a copy of this Order to Jennifer Brandon, Clerk of District Court, Gallatin County, under Cause No. DC-20-322A; to Eric N. Kitzmiller, Gallatin County Deputy Attorney; to Ryan "Buddy" Rutzke, Attorney for Defendant; to counsel of record, and to Nicholas Boyd personally.

DATED this 29th day of January, 2021.

_____
Justice

2